# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                    :  NO. 767
                                          :
AMENDMENT OF RULE 105 OF                  :  SUPREME COURT RULES
THE PENNSYLVANIA RULES                    :
FOR  CONTINUING LEGAL                     :  DOCKET
EDUCATION                                 :
                                          :

# ORDER

**PER CURIAM**

        **AND NOW**, this 9th day of May, 2018, upon the recommendation of the Pennsylvania Continuing Legal Education Board; the proposal having been published for public comment in the Pennsylvania Bulletin, 47 Pa.B. 3487 (June 24, 2017):

        It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 105 of the Pennsylvania Rules for Continuing Legal Education  is amended in the attached form.

        This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective in 30 days.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.